No. 81–6417. REED v. WEBSTER ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–6420. CARTER v. JAGO. C. A. 6th Cir. Certiorari denied.

No. 81–6427. ROOTS v. WAINWRIGHT ET AL. C. A. 11th Cir. Certiorari denied.

No. 81–6428. KINES ET AL. v. BUTTERWORTH ET AL. C. A. 1st Cir. Certiorari denied.

No. 81–6429. FORSTON v. ORANGE UNIFIED SCHOOL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–6430. GROFF v. TOWNSHIP OF ELIZABETH, LANCASTER COUNTY, PENNSYLVANIA. Pa. Commw. Ct. Certiorari denied.

No. 81–6433. BRIAN LEE W. v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 81–6434. LEWIS v. ENGLE. C. A. 6th Cir. Certiorari denied.

No. 81–6436. PENN v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 81–6438. BEACH v. KAPNER, JUDGE, FIFTEENTH JUDICIAL CIRCUIT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 81–6439. RICHARDS v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.